# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN ELLIOT, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) Case No. CIV-13-1076-F ) |
| CAROLYN W. COLVIN, acting Commissioner Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) |

## ORDER

On December 4, 2014, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation, recommending that the acting commissioner's final decision denying plaintiff's applications for disability insurance and supplemental security income benefits be reversed and the matter remanded for further proceedings. Magistrate Judge Mitchell advised the parties of their right to object to the Report and Recommendation by December 24, 2014 and further advised that failure to make timely objection waives their right to appellate review of both factual and legal issues therein contained.

To date, neither party has filed an objection to the Report and Recommendation. With no objection being filed, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Suzanne Mitchell on December 4, 2014 is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The final decision of defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration is **REVERSED**, and this

matter is **REMANDED** to the defendant for further administrative proceedings pursuant to sentence four of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Judgment shall issue forthwith.

DATED December 29, 2014.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

13-1076p002.wpd